IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

EDWIN & JOYCE SCHOENBECK

    vs

HSBC BANK NEVADA, N.A.

CASE NO  10-3214 (09-32263)
CHAPTER:   13

DATE:  March 29, 2011
PLACE:  East St Louis

**PRESENT**:  Honorable Laura K. Grandy, US Bankruptcy Judge

**COUNSEL FOR PLAINTIFF**:   Karl Wulff

**COUNSEL FOR DEFENDANT**:  Deborah Volmert

**PROCEEDINGS**:  TRIAL: Complaint to Enforce Automatic Stay

MINUTES OF COURT:

Counsel report the Trial on the Complaint to Enforce Automatic Stay resolved.  Karl Wulff is to submit a proposed order within 14 days.  Failure to submit the order within the time allotted may result in this Court taking any other action deemed appropriate, which may include granting or denying the relief sought.

                                                                  Donna Beyersdorfer
                                              Clerk of Bankruptcy Court

By: /s/Kim Billhartz
Deputy Clerk

**NOTE:  THESE WRITTEN MINUTES ARE A CLERICAL ENTRY OF THE COURT PROCEEDINGS FOR  RECORD KEEPING PURPOSES ONLY. THEY ARE NOT AND SHOULD NOT BE CONSTRUED AS THE ORDER OF THE COURT, WHICH WAS ORALLY DELIVERED.  CONSULT THE TRANSCRIPT OF  PROCEEDINGS FOR THE ACTUAL ORDER.**